United States District Court

Eastern District of Louisiana

Clark

v.                                                    CIVIL ACTION NO. 2:01-cv-03418
                                                      Section T (2)
Bridgestone


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, November 16, 2001.

By Direction of the Court

LORETTA G. WHYTE, CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  NOV 13 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA  01-3418

| | |
|---|---|
| TANYA CLARK AND<br>MICHAEL GREGOIRE | * CIVIL ACTION<br>*<br>* NO. SECT. T MAG. 2 |
| VERSUS | *<br>* SECTION " " |
| BRIDGESTONE/FIRESTONE, INC.,<br>INDIVIDUALLY AND D/B/A<br>FIRESTONE TIRE COMPANY | *<br>* MAGISTRATE ( )<br>* |

* * * * * * * * * *

## NOTICE OF REMOVAL

Defendant, Bridgestone/Firestone, Inc., hereby removes this civil action to the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. Section 1441(b), Section 1446 and Section 1332. Defendant represents that:

1.

This action is one of a civil nature wherein plaintiffs allege that on or about September 10, 2000, petitioners, Tanya Clark and Michael Gregoire, were injured when their vehicle suffered a tire failure while traveling on the Lapalco bridge in Jefferson Parish, Louisiana, causing plaintiffs' vehicle to go out of control and strike a middle wall of the bridge.

- 1 -



2.

As an alleged consequence of said accident, Tanya Clark and Michael Gregoire allegedly sustained severe injuries.

3.

This civil action was originally filed on or about September 10, 2001 in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, and bears No. 571-896 of said Court. The claim for damages for which this action was instituted in state court is attached hereto as Exhibit "1." This Court has jurisdiction by virtue of the fact that there is complete diversity between the parties and it is reasonable to assume that the matter in controversy exceeds, exclusive of interest and cost, the sum of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS.

4.

The petitioners in this cause, Tanya Clark and Michael Gregoire, aver that they are citizens of the State of Louisiana.

5.

Defendant, Bridgestone/Firestone, Inc. was, at all material times and continues to be, a foreign corporation authorized to do and doing business in the State of Louisiana. Furthermore, Bridgestone/Firestone, Inc.'s principal place of business is in a state other than Louisiana.

6.

Defendant, Bridgestone/Firestone, Inc., was served with the Petition through CT Corporation on September 26, 2001. The time for filing this removal has not prescribed.

7.

Plaintiffs, Tanya Clark and Michael Gregoire, have allegedly suffered severe and serious personal injuries. Moreover, given the fact that Louisiana law prohibits the plaintiffs from pleading a specific amount in controversy, the undersigned counsel is presuming that the matter in controversy exceeds, exclusive of interest and cost, the sum of SEVENTY-FIVE AND NO/100 ($75,000.00) DOLLARS.

8.

A copy of the Petition for Damages in this cause is attached and said defendant shall file herewith all process, pleadings, and orders previously served in this cause.

9.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal, that to the best of his knowledge, information, and belief formed after a reasonable inquiry, it is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of litigation.

Respectfully submitted,
**BORDELON, HAMLIN & THERIOT**

_____
WILLIAM J. HAMLIN, #06470
ALVIN J. BORDELON, #03244
WILLIAM C. ELLISON, #17554
PAUL D. HESSE, #22796
701 South Peters Street, Suite 100
New Orleans, LA 70130
Telephone: (504) 524-5328
Attorneys for Bridgestone/Firestone, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been duly served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this _12th_ day of November, 2001.

_____
*[signature]*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TANYA CLARK AND** | * | **CIVIL ACTION** |
| **MICHAEL GREGOIRE** | * | |
| | * | **NO.** |
| **VERSUS** | * | |
| | * | **SECTION   "** |
| **BRIDGESTONE/FIRESTONE, INC.,** | * | |
| **INDIVIDUALLY AND D/B/A** | * | **MAGISTRATE (  )** |
| **FIRESTONE TIRE COMPANY** | * | |

\* \* \* \* \* \* \* \* \* \*

### NOTICE TO ADVERSE PARTY OF
### FILING OF NOTICE OF REMOVAL

TO:  Plaintiffs Tanya Clark and Michael Gregoire
 Through their attorney of record,
 Lester J. Waldmann, Esq.
 301 Huey P. Long Avenue
 Gretna, Louisiana 70053

**PLEASE TAKE NOTICE** that defendants, Bridgestone/Firestone, Inc., on November 12, 2001, filed in the United States District Court for the Eastern District of Louisiana, a Notice of Removal for the removal of the above-entitled cause from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, copies of which are hereto attached.

- 1 -

New Orleans, Louisiana this _12th_ day of November, 2001.

                                                Respectfully submitted,

                                                **BORDELON, HAMLIN & THERIOT**

                                                _/s/ William C. Ellison_
                                                WILLIAM J. HAMLIN, #06470
                                                ALVIN J. BORDELON, #03244
                                                WILLIAM C. ELLISON, #17554
                                                PAUL D. HESSE, #22796
                                                701 South Peters Street, Suite 100
                                                New Orleans, LA 70130
                                                Telephone: (504) 524-5328
                                                Attorneys for Defendant,
                                                Bridgestone/Firestone, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been duly served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this _12_ day of November, 2001.

                                                _/s/ William C. Ellison_


CT System

**Service of Process Transmittal Form**
Baton Rouge, Louisiana

LAW DEPT.
SEP 28 2001

09/26/2001

Via Federal Express (2nd Day)

**TO:** Amy Breckenridge
Bridgestone/Firestone, Inc.
Law Department
1200 Firestone Parkway
Akron, OH 44317

10-11-01
626811

**RE: PROCESS SERVED IN LOUISIANA**

**FOR** Bridgestone/Firestone, Inc. Domestic State: Oh

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

1. **TITLE OF ACTION:** Tanya Clark, et al. vs BRIDGESTONE/FIRESTONE, INC., et al.
2. **DOCUMENT(S) SERVED:** Citation, Petition, Request for Notice
3. **COURT:** 24th Judicial District Court, Jefferson Parish, Louisiana
   Case Number 571-896
4. **NATURE OF ACTION:** Tire Defect Suit -- Date of incident: September 10, 2000
5. **ON WHOM PROCESS WAS SERVED:** CT Corporation System, Baton Rouge, Louisiana
6. **DATE AND HOUR OF SERVICE:** By Process server on 09/26/2001 at 09:00
7. **APPEARANCE OR ANSWER DUE:** Within 15 days
8. **ATTORNEY(S):** Lester J. Waldmann
   301 Huey P. Long Avenue
   Gretna, LA 70053
9. **REMARKS:** i-Note sent 09/26/2001 to BRECKENRIDGE@BFUSA.COM

**SIGNED** CT Corporation System
**PER** Mary A. Belton /SS
**ADDRESS** 8550 United Plaza Boulevard
Baton Rouge, LA 70809
SOP WS 0003950737


EXHIBIT 1

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

(101) Citation: ISS CIT & PET FOR DAMAGES;                              010914-2791-2

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

TANYA CLARK, MICHAEL GREGOIRE
   versus
BRIDGESTONE/FIRESTONE NC, FIRESTONE TIRE
COMPANY

Case: 571-896   Div: "D"

P 1 TANYA CLARK

To: BRIDGESTONE/FIRESTONE NC
D/B/A FIRESTONE TIRE COMPANY
THROUGH ITS REGISTERED AGENT:
C.T. CORPORATION SYSTEM
8550 UNITED PLAZA BLVD
BATON ROUGE, LOUISIANA 70809

CK NO 5872 - $25.04

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION FOR DAMAGES** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney LESTER J. WALDMANN and was issued by the Clerk Of Court on the 14th day of September, 2001.

                     _Deputy Clerk of Court for_
                     Jon A. Gegenheimer, Clerk Of Court

---

(101) Citation: ISS CIT & PET FOR DAMAGES;                              010914-2791-2

### SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of _____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED Parish of _____ this _____ day of _____

SERVICE: $ _____     BY: _____
MILEAGE: $ _____          Deputy Sheriff
TOTAL: $ _____

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 571-896  DIVISION " "

TANYA CLARK AND MICHAEL GREGOIRE

VERSUS

BRIDGESTONE/FIRESTONE, INC., INDIVIDUALLY
AND D/B/A FIRESTONE TIRE COMPANY

FILED:_____  _____
DEPUTY CLERK

FILED SEP 10 2001

## PETITION FOR DAMAGES

The Petition of Tanya Clark and Michael Gregoire, persons of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana, respectfully represent:

I.

The following is made a defendant herein;

a.) Bridgestone/Firestone, Inc., individually and d/b/a Firestone Tire Company, a foreign corporation which is registered to do and doing business in the State of Louisiana.

II.

The defendant, Bridgestone/Firestone, Inc., individually and d/b/a Firestone Tire Company, is liable unto petitioners, Tanya Clark and Michael Gregoire, in a full and true sum to be determined by this Honorable Court, together with legal interest from date of judicial demand and for all costs of these proceedings for the following, to-wit:

III.

On or about September 10, 2000, your petitioners were traveling on the Lapalco Bridge in the Parish of Jefferson, State of Louisiana when suddenly and without warning, a Firestone tire on the vehicle which they were riding came apart causing the vehicle to go out of control and strike the middle wall of the bridge causing severe personal injuries to your petitioners

IV

The accident and/or the injuries and/or damages sustained by the petitioners were caused solely by the negligence and/or the strict liability and/or fault of the defendant, Bridgestone/Firestone, Inc., individually and d/b/a Firestone Tire Company.

V.

The defendant, Bridgestone/Firestone, Inc., individually and d/b/a Firestone Tire Company, manufactured the tire which came apart on the vehicle which plaintiffs were occupants.

VI

Petitioners aver that the tire was unreasonably dangerous in construction at the time the automobile was delivered by the defendant/manufacturer in that the device deviated in a material way from the defendant manufacturer's specifications for performance standards or from otherwise identical products manufactured by the defendant, Bridgestone/Firestone, Inc., individually and d/b/a Firestone Tire Company.

VII

In the alternative, the petitioners aver that the tire was unreasonably dangerous in design at the time it left the control of the defendant, Bridgestone/Firestone, Inc., individually and d/b/a Firestone Tire Company, and there existed an alternative design which was capable of preventing petitioners' damages and the likelihood that the tire would cause the petitioners' damages and the gravity of that damages clearly outweighed the burden on the part of said manufacturer to adopt such alternative design

VIII.

In the further alternative, petitioners aver that the tire was unreasonably dangerous because an adequate warning had not been provided at the time it left the control of the above mentioned manufacturer and the tire possessed a characteristic that could cause damage and the manufacturer failed to use reasonable care to provide an adequate warning of such characteristic and its danger.

IX.

Based on the foregoing, the petitioners aver that defendant, Bridgestone/Firestone, Inc., individually and d/b/a Firestone Tire Company, is liable unto petitioners for the tire's unreasonably dangerous condition pursuant to the Louisiana Products Liability Act contained in La. R.S. 9:2800.

X.

The defendant, Bridgestone/Firestone, Inc., individually and d/b/a Firestone Tire Company, was likewise negligent in the manufacture, design and construction of the above mentioned tire in the following non-exclusive particulars:

(i) Failure to provide quality-control procedures, which in place, would have discovered the defects in manufacture, design and warning associated with the above mentioned tire;

(ii) Failure to set manufacturing specifications or tolerance levels in the manufacturing of said tire;

(iii) Maintaining poor quality control in the manufacturing systems which led to this defective tire;

(iv) Failure to act as a prudent manufacturer in taking steps to test its products, which if done, would have discovered the defects in manufacture, design and warnings;

(v) Failure to utilize the state of the art design, manufacturing, quality control and testing utilized by prudent manufacturers in providing a product for use by consumers which creates a danger of serious injury such as that which occurred in this case;

(vi) Failing to provide proper warnings; and

(vii) Any and all other acts of negligence which may be shown at the trial of this matter.

XI.

As a result of this accident, your petitioners, Tanya Clark and Michael Gregoire, suffered severe physical and mental injuries as well as other injuries and damages which may be shown upon the trial of this matter.

X.

As a result of this accident, your petitioners, Tanya Clark and Michael Gregoire, suffered the following damages:

a) Past, present and future pain and suffering;

b) Past, present and future medicals;

c) Past, present and future loss of enjoyment of life;

d) Past, present and future humiliation, embarrassment and inconvenience;

f) Past, present and future mental anguish;

g) Past, present and future loss of earning capacity;

h) Past, present and future lost wages; and,

i) Any other damages which may be shown upon the trial of this matter.

3

WHEREFORE, petitioner, Tanya Clark and Michael Gregoire, pray that your defendant, Bridgestone/Firestone, Inc., individually and d/b/a Firestone Tire Company, be duly served and cited to appear and answer this Petition for Damages and after all due proceedings are had, that there be judgment herein in favor of petitioner and against the defendant jointly, severally and in solido in a full and true sum to be determined by this Honorable Court, together with interest from the date of judicial demand, for all general and equitable relief and for all costs of these proceedings.

Respectfully Submitted:

**LESTER J. WALDMANN, APLC (#13161)**
301 Huey P. Long Avenue
Gretna, Louisiana 70053
Telephone: (504) 361-9000

PLEASE SERVE

Bridgestone/Firestone, Inc.,
individually and d/b/a Firestone Tire Company
through its registered agent for service of process:
C.T. Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.